

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Frazer Transport, Inc. v. Transafe, Inc.

Appellate case number:   01-16-00824-CV

Trial court case number:  1056891

Trial court:             County Civil Court at Law No. 1 of Harris County

Appellant, Frazer Transport, Inc., has filed a motion to strike the brief filed by appellee, Transafe Inc. Based on the certificate of conference in Frazer's motion, we understand that Transafe opposes the motion.

We grant Frazer's motion in part. The statement of facts in a brief must be supported by record references. TEX. R. APP. P. 38.1(g). The first two paragraphs of appellee's statement of facts on pages 2-3 of appellee's brief contain no references to the record and are not in compliance with Rule 38.1. Accordingly, we grant Frazer's motion and strike Transafe's brief for failure to comply with Rule 38.1.

Transafe's amended appellee's brief, containing revisions only to the first two paragraphs in the statement of facts, is due on or before March 10, 2017.

It is so ORDERED.

Judge's signature: _/s/ Harvey Brown
                   ☒ Acting individually     ☐ Acting for the Court

Date: March 7, 2017